UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **ARTHUR HANDON,** | : | 18 U.S.C. §1962(d) |
| also known as Jay, | : | (Conspiracy to Participate in a Racketeer |
| | : | Influenced Corrupt Organization) |
| **Defendant.** | : | |
| | : | |
| | : | |

### CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

### RICO CONSPIRACY

A.   **THE ENTERPRISE**

1.   From in or about sometime in 1992, up through and including at least sometime in March 2005, defendants ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie, headed a criminal organization which was based in the District of Columbia and which operated in various locations including, but not limited to, in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300 block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, all in the District of Columbia.  The organization, including its leadership, membership, and

associates, constituted an enterprise, as defined by Title 18, United States Code, Section 1961(4), that is a group of individuals associated in fact.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.  The enterprise was engaged in, and its activities affected interstate and foreign commerce.  The enterprise operated in the District of Columbia, the State of Maryland, and elsewhere.

2.      A principal goal of the organization was to obtain money and other things of value.  It was a further goal of the organization to traffic in controlled substances, including cocaine and cocaine base, also known as crack cocaine, and to commit acts of murder, burglary, robbery, assaults and other acts of violence for the following purposes, among others:  to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; to promote and enhance the reputation and standing of the enterprise and its members.

B.     **MEMBERS OF THE CONSPIRACY**

1.      The enterprise members included, but were not limited to:  ANTWUAN BALL, aka Twan, aka Big Ant; DAVID WILSON, aka Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom; GERALD BAILEY, aka Chow Wow, aka Charlie; JASMINE BELL, aka Jazz; RAYMOND BELL, aka Santuce; NEWETT VINCENT FORD; LUCIOUS FOWLER; ARTHUR HANDON,

aka Jay; MARCUS SMITH, aka Mick; DESMOND THURSTON, aka Dazz; PHILLIP WALLACE, aka Phil; and DANIEL COLLINS, aka DC.

2.   ARTHUR HANDON, aka Jay, was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. ARTHUR HANDON, aka Jay, committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

C.   **THE RICO CONSPIRACY**

1.   Frrom in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia and elsewhere, the defendants, ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil, and DANIEL COLLINS, aka DC, being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity,

as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5).

    2.    It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

**D.    THE PATTERN OF RACKETEERING ACTIVITY**

    1.    The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), included the following acts:

Racketeering Act 1: Acts Involving Dealing in a Controlled Substance (Conspiracy)

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia, the defendants, ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil, and DANIEL COLLINS, aka DC, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, with co-conspirators not indicted herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth more fully in Count One of the Superseding Indictment pending against the defendant in United States District Court for the District of Columbia Criminal Matter 05-100-11 (RWR), which is realleged and incorporated by reference herein.

Racketeering Acts 2-3:  Acts Involving Dealing in a Controlled Substance (Distribution)

On or about the dates set forth below, in the District of Columbia, the defendant did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, as more fully set forth in the specified Counts set forth below and in the specified Overt Acts of Count One of the Superseding Indictment pending against the defendant in United States District Court for the District of Columbia Criminal Matter 05-100-11 (RWR), which are realleged and incorporated by reference herein:

| Rack. Act | Defendant/ Co-Conspirator | Nature of Offense/Date | Count | Overt Act |
|---|---|---|---|---|
| 2 | **ARTHUR HANDON** | Dist. Cocaine Base (2/20/2001) | Ct. 24 | OA 76 |
| 3 | **ARTHUR HANDON** | Dist. Cocaine Base (3/8/2001) | Ct. 25 | OA 77 |

Racketeering Act 4

Assault with Intent to Murder Anthony Van Scott

On or about sometime in early 2000, in the 3200 block of 13th Street, SE, in the District of Columbia, **ARTHUR HANDON, aka Jay**, did commit an act involving murder, that is, while armed with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

(**Conspiracy to Participate in Racketeer Influenced Corrupt Organization**, in violation of Title 18, United States Code, Section 1962(d))

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____
GLENN S. LEON
Assistant United States Attorney
New York Bar
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 305-0174

_____
ANN H. PETALAS
Assistant United States Attorney
TX Bar No. 24012852
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 307-0476