AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____ Sealed

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

FILED

CASE NUMBER: 06-258   SEP 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _____Arthur Hardon_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/7/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer