UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-258 (RWR)** |
| | : | |
| **v.** | : | |
| | : | **FILED UNDER SEAL** |
| **ARTHUR "JAY" HANDON** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

     The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, hereby submit this joint status report. The defendant continues to cooperate with the Government in its case. The Government expects that the defendant will provide trial testimony in connection with at least one other case. In addition, the defendant continues to provide information to the government which is assisting it in its continuing investigation. The parties believe that additional time is needed for the defendant to complete his cooperation and would request that the case not be scheduled for sentencing at this time. The parties propose that they file another joint status report in approximately 90 days, by June

22, 2007, or earlier if appropriate. The attorney for the defendant, Robert Jenkins, has been advised of the contents of this joint status report and concurs with it.

    Respectfully submitted on behalf of the parties,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar No. 498-610


    Glenn S. Leon
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 305-0174

## CERTIFICATE OF SERVICE

    I HEREBY certify that a copy of the foregoing has been sent by first class mail to counsel for the defendant, Robert Jenkins, Esq., 901 N. Pitt Street, Suite 320, Alexandria, VA 22314, this 19th day of March, 2007.

    Glenn S. Leon
    Assistant United States Attorney