# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-258 (RWR)** |
| | : | |
| **v.** | : | |
| | : | **FILED UNDER SEAL** |
| **ARTHUR "JAY" HANDON** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon the Court's review of the Government's Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Unopposed Motion to Postpone Sentencing and Joint Status Report may be filed by September 5, 2007.

Date: _____     _____
RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Robert Jenkins, Esq.
901 N. Pitt Street, Suite 320

Alexandria, VA 22314