UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-258 (RWR) |
| | : | |
| v. | : | |
| | : | FILED UNDER SEAL |
| ARTHUR "JAY" HANDON | : | |
| | : | |
| Defendant. | : | |

_____

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, hereby submit this joint status report, requesting that a sentencing date be scheduled in this matter. The defendant has completed his cooperation with the government in this case. Accordingly, the parties jointly respectfully request that: (i) the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant; and (ii) a sentencing date be scheduled in this matter. The parties have conferred and are both available during the weeks of February 19 and 25, 2008.

Respectfully submitted on behalf of the parties,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

_____
Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-0174

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that a copy of the foregoing has been sent by first class mail to counsel for the defendant, Robert Jenkins, Esq., 901 N. Pitt Street, Suite 320, Alexandria, VA 22314, this 30th day of November, 2007.

 

_____
Glenn S. Leon
Assistant United States Attorney