UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-258 (RWR)** |
| | : | |
| **v.** | : | |
| | : | **FILED UNDER SEAL** |
| **ARTHUR "JAY" HANDON** | : | |
| | : | |
| **Defendant.** | : | |

_____

### ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the _____ day of _____, 2008 at _____ a.m./p.m. and all sentencing memoranda and motions are filed by the _____ day of _____, 2008.

SIGNED this _____ day of _____, 2007.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

Robert Jenkins, Esq.
901 N. Pitt Street, Suite 320
Alexandria, VA 22314