UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-258 (RWR) |
| | : | |
| v. | : | |
| | : | FILED UNDER SEAL |
| ARTHUR "JAY" HANDON | : | |
| | : | |
| Defendant. | : | |

FILED
JAN 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon the Court's review of the Government's Unopposed Motion for Leave to Late File a Joint Status Report, ~~and upon finding good cause shown~~, it is, hereby

ORDERED that the government's motion is granted _nunc pro tunc_ and Government's Joint Status Report may be filed by December 4th, 2007.

Date: 1-4-08

_____
RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Robert Jenkins, Esq.
901 N. Pitt Street, Suite 320
Alexandria, VA 22314